UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| MARVIN OWENSBY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:12-cv-26 |
| v. ) | |
| ) | Judge Mattice |
| COFFEE COUNTY HOSPITAL GROUP, ) | |
| INC., *d/b/a* Medical Center of Manchester, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## ORDER

On March 13, 2014, this Court received notice via e-mail that the parties have settled all claims in the above-captioned action. It is hereby **ORDERED** that the parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than **March 31, 2014**. The parties are **ON NOTICE** that, if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Eastern District of Tennessee Local Rule 68.1.

**SO ORDERED** this 17th day of March, 2014.

      */s/ Harry S. Mattice, Jr.*
      HARRY S. MATTICE, JR.
      UNITED STATES DISTRICT JUDGE