UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| MARVIN OWENSBY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:12-cv-26 |
| v. ) | |
| ) | Judge Mattice |
| COFFEE COUNTY HOSPITAL GROUP, ) | |
| INC., *d/b/a* Medical Center of Manchester, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

# ORDER

On March 14, 2014, the parties advised the Court that the parties had settled all claims in this action. (*See* unnumbered docket entry dated March 14, 2014). On March 17, 2014, in view of the notice of settlement, the Court ordered the parties to "file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) no later than **March 31, 2014**." (Doc. 17) (emphasis original). The Court explicitly put the parties on notice that, "if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Eastern District of Tennessee Local Rule 68.1." (*Id.*). The parties did not, however, file a stipulation of dismissal within the time provided by the Court.

Accordingly, pursuant to Fed. R. Civ. P. 41(b) and E.D. Tenn. L.R. 68.1, this action is hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to enter a copy of this Order as a judgment and close this case.

**SO ORDERED** this 3rd day of April, 2014.

                */s/ Harry S. Mattice, Jr.*
                HARRY S. MATTICE, JR.
                UNITED STATES DISTRICT JUDGE